01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                            AT SEATTLE

08  UNITED STATES OF AMERICA,              )
                                           )    CASE NO. CR23–116–JCC
09          Plaintiff,                     )
                                           )
10      v.                                 )
                                           )    DETENTION ORDER
11  ERIC RUSSELL ORTH,                     )
                                           )
12          Defendant.                     )
    _____   )

13

14  Offenses charged:

15      1.  Attempted Enticement of a Minor.

16  Date of Detention Hearing:    July 27th, 2023.

17          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and

18  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

19  that no condition or combination of conditions which defendant can meet will reasonably assure

20  the appearance of defendant as required and the safety of other persons and the community.

21          FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

22      1.      Defendant has been charged with a violation of 18 U.S.C. § 2242. There is

DETENTION ORDER
PAGE -1

01  therefore a rebuttable presumption against defendant as to both dangerousness and flight risk,

02  under 18 U.S.C. § 3142(e)(3).

03      2.      Defendant is a risk of flight based upon the fact that he has no release plan and

04  is facing a 10-year mandatory minimum term of imprisonment in this case. Defendant is a

05  danger to the community based on the nature of the alleged offense, his prior criminal history,

06  and that he engaged in the alleged charged conduct while under court supervision. Defendant

07  does not contest detention at this time.

08      3.      There does not appear to be any condition or combination of conditions that will

09  reasonably assure the defendant's appearance at future Court hearings while addressing the

10  danger to other persons or the community.

11  It is therefore ORDERED:

12  1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney

13      General for confinement in a correction facility separate, to the extent practicable, from

14      persons awaiting or serving sentences or being held in custody pending appeal;

15  2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

16  3.  On order of the United States or on request of an attorney for the Government, the person

17      in charge of the corrections facility in which defendant is confined shall deliver the

18      defendant to a United States Marshal for the purpose of an appearance in connection with a

19      court proceeding; and

20  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

21      the defendant, to the United States Marshal, and to the United State Probation Services

22      Officer.

DETENTION ORDER
PAGE -2

01    DATED this 27th Day of July, 2023.

02

03                                    S. KATE VAUGHAN
                                      United States Magistrate Judge

04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3