THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR23-116-JCC |
| Plaintiff, | |
| v. | ~~(PROPOSED)~~ ORDER GRANTING MOTION TO SEAL DEFENSE SENTENCING MEMORANDUM AND EXHIBITS |
| ERIC RUSSELL ORTH, | |
| Defendant. | |

THE COURT has considered Eric Orth's motion to seal his sentencing memorandum and exhibits along with the records in this case. The Court finds there are compelling reasons to file the documents under seal.

IT IS ORDERED that Mr. Orth's sentencing memorandum and exhibits be filed under seal.

DONE this <u>16th</u> day of <u>October</u> 2024.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colleen P. Fitzharris*
Assistant Federal Public Defender
Attorney for Eric Orth

ORDER TO SEAL SENTENCING
MEMORANDUM AND EXHIBITS
(*US v. Orth*, CR23-116-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100